1  SUSANA ALCALA WOOD, City Attorney (SBN 156366)
   **KATE D.L. BROSSEAU, Deputy City Attorney (SBN 345596)**
2  kbrosseau@cityofsacramento.org
   CITY OF SACRAMENTO
3  915 I Street, Room 4010
   Sacramento, CA  95814-2608
4  Telephone:  (916) 808-5346
   Facsimile:   (916) 808-7455
5
6  Attorneys for the CITY OF SACRAMENTO

7  **ROBERT MARTINSON**, Pro Se
   martinson62@gmail.com
8  969 Crystal Oak
   Newcastle, CA 95658
9  Telephone:  (916) 416-0344

10  Pro Se Litigant

11
                    UNITED STATES DISTRICT COURT
12
                    EASTERN DISTRICT OF CALIFORNIA
13

14
15  ROBERT MARTINSON,                      Case No.:  2:21-cv-02130-DAD-JDP (PS)

16              Plaintiff,                  **JOINT STIPULATION AND
                                            MOTION OF THE PARTIES TO
17       vs.                                AMEND INITIAL SCHEDULING
                                            CONFERENCE AND STATUS
18  CITY OF SACRAMENTO; DANIEL              REPORT DATES; [PROPOSED]
    HAHN, CHIEF OF POLICE; JOE ELLIS,       ORDER**
19  DETECTIVE POLICE OFFICER; TODD
    CULP, DETECTIVE POLICE OFFICER;         Date:        October 5, 2023
20  and DOES 1-10,                          Time:        10:00AM
                                            Before:      Hon. Jeremy Peterson
21
22              Defendants.

23       COME NOW THE PARTIES, Plaintiff Robert Martinson, and Defendants City of

24  Sacramento, Daniel Hahn in his former capacity as Chief of Police, Officer Joe Ellis, and

25  Sergeant Todd Culp (collectively "Defendants," and jointly with Plaintiff "Parties"),  through

26  their attorneys of record, jointly move the Court to amend the scheduling order and continue

27  the upcoming pretrial deadlines (Dkt. No. 13) pursuant to Federal Rule of Civil Procedure

28  16(b)(4) for good cause.

1  WHEREAS, Plaintiff filed his complaint against Defendants with this Court on
2  November 17, 2021;

3  WHEREAS, Plaintiffs effectuated proper service of this matter on Defendants on July 24,
4  2023;

5  WHEREAS, this Court issued an Order on August 20, 2023, setting the Initial Scheduling
6  Conference on October 5, 2023 at 10:00AM via videoconference;

7  WHEREAS, the Order also required the parties to file Status Reports with this Court no
8  later than September 21, 2023;

9  WHEREAS, Plaintiff pleads for relief on the grounds of good cause as a result of
10  substantial medical issues, including surgery and recovery from said surgery, which interfere
11  with the September 21, 2023, and October 5, 2023, dates ordered by this Court for the filing of
12  the Initial Status Report and the Initial Scheduling Conference;

13  WHEREAS, Defendants are willing to stipulate to a continuance of the Initial Scheduling
14  Conference and an extension of the filing date for the Initial Status Reports as a result of
15  Plaintiff's good cause, pending the consent and discretion of this Court; and

16  WHEREAS, the parties jointly stipulate to such continuance and extension of the above
17  dates before this Court;

18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

JOINT STIPULATION AND MOTION TO AMEND SCHEDULING ORDER

1323224

1        THEREFORE, the parties hereby jointly and respectfully request that this Court grant the

2   relief sought by this motion and continue the Initial Scheduling Conference to December 14,

3   2023, at 10:00AM, and extend the filing date of the Initial Status Report commensurate with

4   that date to November 30, 2023.

5

6   DATED:  September 15, 2023                SUSANA ALCALA WOOD,

7                                            City Attorney

8

9                                            By:   /s/ KATE D.L. BROSSEAU

10                                                 **KATE D.L. BROSSEAU**
                                                   Deputy City Attorney

11

12

13  DATED: September 15, 2023

14                                            By:   /s/ ROBERT MARTINSON

15                                                  **ROBERT MARTINSON**
                                                    Pro Se

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND MOTION TO AMEND SCHEDULING ORDER

1323224

1

[PROPOSED] ORDER

2

Based on the Joint Application of the parties to this action, and good cause appearing

3

therefore,

4

IT IS HEREBY ORDERED that:

5

1.    The Initial Scheduling Conference for this matter shall be continued from October

6

5, 2023 at 10:00AM to December 14, 2023 at 10:00AM.

7

2.    The Initial Status Reports for this matter shall be filed no later than November 30,

8

2023.

9

10

IT IS SO ORDERED.

11

12

Dated:   September 18, 2023                           

JEREMY D. PETERSON

13

UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER

1323224