UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MARTINSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF SACRAMENTO, *et al.*,<br><br>　　　　Defendants. | Case No. 2:21-cv-02130-DAD-JDP (PS)<br><br>**ORDER**<br><br>GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE A THIRD-PARTY COMPLAINT<br><br>ECF No. 20 |

　　　　Defendants move for leave to file a third-party complaint against Placer County Sheriff's Office. ECF No. 20. Plaintiff has not filed an opposition or statement of non-opposition to the motion, and the time to do so has passed. *See* ECF No. 21. The court construes plaintiff's failure to timely file an opposition as a non-opposition to the motion. *See* E.D. Cal. L.R. 230(c). Good cause appearing, defendants' motion is granted.

　　　　According, it is hereby ORDERED that:

　　　　1. Defendants' motion for leave to file a third-party complaint, ECF No. 20, is granted.

　　　　2. Defendants are granted thirty days from the date of this order to file a third-party complaint against Placer County Sheriff's Office.

1

IT IS SO ORDERED.


Dated:   January 16, 2024                                     /s/ Jeremy Peterson
                                                              JEREMY D. PETERSON
                                                              UNITED STATES MAGISTRATE JUDGE

2