| | |
|---|---|
| 1 | SUSANA ALCALA WOOD, City Attorney (SBN 156366) |
| 2 | **KATE D.L. BROSSEAU, Deputy City Attorney (SBN 345596)** |
|   | kbrosseau@cityofsacramento.org |
| 3 | CITY OF SACRAMENTO |
|   | 915 I Street, Room 4010 |
| 4 | Sacramento, CA  95814-2608 |
|   | Telephone:  (916) 808-5346 |
| 5 | Facsimile:   (916) 808-7455 |

Attorneys for the CITY OF SACRAMENTO, DANIEL HAHN, JOE ELLIS, and TODD CULP

**ROBERT MARTINSON**, Pro Se
martinson62@gmail.com
969 Crystal Oak
Newcastle, CA 95658
Telephone:  (916) 416-0344

Pro Se Litigant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MARTINSON,<br><br>      Plaintiff,<br><br>  vs.<br><br>CITY OF SACRAMENTO; DANIEL HAHN, CHIEF OF POLICE; JOE ELLIS, DETECTIVE POLICE OFFICER; TODD CULP, DETECTIVE POLICE OFFICER; and DOES 1-10,<br><br>      Defendants. | Case No.:  2:21-cv-02130-DAD-JDP<br><br>**JOINT STIPULATION TO MODIFY SCHEDULING ORDER;** ~~PROPOSED~~ **ORDER**<br><br>Complaint filed:    November 17, 2021<br>Complaint served:  July 17, 2023 |

///

///

///

///

COMES NOW Plaintiff Robert Martinson and Defendants City of Sacramento, Daniel Hahn, Joe Ellis, and Todd Culp, by and through their respective counsel and subject to the approval of this Court, hereby stipulate and respectfully request that this Court's Initial Pretrial Scheduling Order dated December 19, 2023 (ECF No. 19), be modified to reflect new deadlines and cut-off dates as follows, or as to accommodate the Court's docket:

|  | **Current Date** | **New Date** |
|---|---|---|
| Fact Discovery Cut-Off: | March 28, 2025 | **October 3, 2025** |
| Discovery Motion Cut-Off: | March 6, 2025 | **September 11, 2025** |
| Expert Disclosure: | January 30, 2025 | **July 30, 2025** |
| Rebuttal Expert Disclosure: | February 13, 2025 | **August 31, 2025** |
| Dispositive Motions Hearing Deadline: | May 29, 2025 | **November 28, 2025** |

WHEREAS, the parties have had difficulty in coordinating scheduling for discovery;

WHEREAS, evidence directly at issue in this matter is currently under seal in the ongoing, adjacent criminal matter in the Superior Court of Sacramento County (Case No. 19FE010790) and will require unsealing for use by the parties in this matter;

WHEREAS, counsel for the parties have met and conferred and agree that it would be in the interest of justice and judicial economy and that good cause exists for the modification of the scheduling order;

WHEREAS, this stipulation is not being made for the purpose of delay, or any other improper purpose;

WHEREAS, continuing the deadlines will not prejudice any party or their counsel;

WHEREAS, this is the parties' first request to modify the scheduling order; and

WHEREAS, the parties have attempted to contact the Court Clerk to ascertain the availability of the above-listed dates as they pertain to the Court's calendar:

THEREFORE, the parties agree and stipulate to the above-requested modification to this Court's Initial Pretrial Scheduling Order (ECF No. 19), or as to accommodate this Court's docket.

/ / /

STIPULATION TO MODIFY SCHEDULING ORDER; ~~PROPOSED~~ ORDER

1498139

**IT IS SO STIPULATED**.

DATED: March 13, 2025

By: /s/ ROBERT MARTINSON
**ROBERT MARTINSON**
Pro Se Litigant

DATED: March 13, 2025

SUSANA ALCALA WOOD,
City Attorney

By: /s/ KATE D.L. BROSSEAU
**KATE D.L. BROSSEAU**
Deputy City Attorney

Attorneys for the
CITY OF SACRAMENTO, DANIEL HAHN, JOE ELLIS, and TODD CULP

STIPULATION TO MODIFY SCHEDULING ORDER; ~~PROPOSED~~ ORDER

1498139

**ORDER**

Having reviewed and considered the above stipulation, the scheduling order is modified to reflect the following deadlines:

|  | **New Date** |
|---|---|
| Discovery Cut-Off: | **October 3, 2025** |
| Discovery Motion Hearing Deadline: | **September 11, 2025** |
| Expert Disclosure: | **July 30, 2025** |
| Rebuttal Expert Disclosure: | **August 13, 2025** |
| Dispositive Motions Hearing Deadline: | **December 4, 2025** |

IT IS SO ORDERED.

Dated:   March 18, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE