1 | SUSANA ALCALA WOOD, City Attorney (SBN 156366)
2 | **KATE D.L. BROSSEAU, Deputy City Attorney (SBN 345596)**
  | kbrosseau@cityofsacramento.org
3 | CITY OF SACRAMENTO
  | 915 I Street, Room 4010
4 | Sacramento, CA  95814-2608
  | Telephone:  (916) 808-5346
5 | Facsimile:   (916) 808-7455

6 | Attorneys for the CITY OF SACRAMENTO, DANIEL HAHN, JOE ELLIS, and TODD CULP

7 | **ROBERT MARTINSON**, Pro Se
  | martinson62@gmail.com
8 | 969 Crystal Oak
  | Newcastle, CA 95658
9 | Telephone:  (916) 416-0344

10 | Pro Se Litigant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ROBERT MARTINSON, | Case No.: 2:21-cv-02130-DAD-JDP |
|---|---|
| Plaintiff, | **JOINT STIPULATION TO MODIFY SCHEDULING ORDER;** ~~PROPOSED~~ **ORDER** |
| vs. | |
| CITY OF SACRAMENTO; DANIEL HAHN, CHIEF OF POLICE; JOE ELLIS, DETECTIVE POLICE OFFICER; TODD CULP, DETECTIVE POLICE OFFICER; and DOES 1-10, | Complaint filed:    November 17, 2021
Complaint served:  July 17, 2023 |
| Defendants. | |

///

///

///

///

///

Plaintiff Robert Martinson and Defendants City of Sacramento, Daniel Hahn, Joe Ellis, and Todd Culp, by and through their respective counsel and subject to the approval of this Court, hereby stipulate and respectfully request that this Court's Order modifying the Initial Scheduling Order of this matter, dated March 19, 2025 (ECF No. 29), be modified to reflect new deadlines and cut-off dates as follows, or as to accommodate the Court's docket:

|  | **Current Date** | **New Date** |
|---|---|---|
| Fact Discovery Cut-Off: | October 3, 2025 | **January 3, 2026** |
| Discovery Motion Cut-Off: | September 11, 2025 | **December 11, 2025** |
| Dispositive Motions Deadline: | December 4, 2025 | **March 4, 2026** |

WHEREAS, the parties have had difficulty in coordinating scheduling for depositions due to illness outside of the parties' control;

WHEREAS, counsel for the parties have met and conferred and agree that it would be in the interest of justice and judicial economy and that good cause exists for the modification of the scheduling order;

WHEREAS, this stipulation is not being made for the purpose of delay, or any other improper purpose;

WHEREAS, continuing the deadlines will not prejudice any party or their counsel; and

WHEREAS, this is the parties' second request to modify the scheduling order;

THEREFORE, the parties agree and stipulate to the above-requested modification to Court's Order modifying the Initial Scheduling Order of this matter, dated March 19, 2025 (ECF No. 29), or as to accommodate this Court's docket.

**IT IS SO STIPULATED**.

DATED: September 25, 2025

By: /s/ ROBERT MARTINSON
**ROBERT MARTINSON**
Pro Se Litigant

DATED: September 25, 2025        SUSANA ALCALA WOOD,
                                 City Attorney


                          By:    /s/ KATE D.L. BROSSEAU
                                 **KATE D.L. BROSSEAU**
                                 Deputy City Attorney

                                 Attorneys for the CITY OF SACRAMENTO, DANIEL HAHN, JOE ELLIS, and TODD CULP

**ORDER**

Having reviewed and considered the above stipulation, the scheduling order is modified to reflect the following deadlines:

|  | **New Date** |
|---|---|
| Fact Discovery Cut-Off: | **January 5, 2026** |
| Discovery Motion Cut-Off: | **December 11, 2025** |
| Dispositive Motions Deadline: | **March 12, 2026** |

IT IS SO ORDERED.

Dated:   October 1, 2025                             _____
                                                                        JEREMY D. PETERSON
                                                                UNITED STATES MAGISTRATE JUDGE