UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT MARTINSON,

　　　　　Plaintiff,

　　　v.

CITY OF SACRAMENTO, *et al.*,

　　　　　Defendants.

Case No.  2:21-cv-2130-DAD-JDP (PS)

ORDER

Plaintiff has filed a motion for an extension of time to file an opposition to defendants' motion for summary judgment.  ECF No. 33.  Good cause appearing, it is hereby ORDERED that:

　　　1. Plaintiff's motion for an extension of time, ECF No. 33, is GRANTED in part.

　　　2. The March 19, 2026 hearing on defendants' motion for summary judgment is continued to May 7, 2026, at 10:00 a.m.

　　　3. Plaintiff is granted until April 16, 2022, to file either an opposition or statement of non-opposition to defendants' motion for summary judgment.

　　　4. Defendants may file a reply to plaintiff's opposition, if any, by no later than April 30, 2026.

IT IS SO ORDERED.


Dated:    March 5, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2