UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT MARTINSON,

      Plaintiff,

  v.

CITY OF SACRAMENTO, *et al.*,

      Defendants.

Case No.  2:21-cv-2130-DAD-JDP (PS)

ORDER TO SHOW CAUSE

On May 6, 2026, plaintiff filed a motion to strike.  ECF No. 44.  Under the court's local rules, a responding party is required to file an opposition or statement of non-opposition to a motion no later than fourteen days after the date it was filed.  E.D. Cal. L.R. 230(c).  To date, defendants have not filed a response to the motion.

Defendants will be ordered to show cause why sanctions should not be imposed for its failure to timely respond to plaintiff's motion.  *See* E.D. Cal. L.R. 110 ("Failure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court.").

1

Accordingly, it is hereby ORDERED that:

1. The June 11, 2026 hearing on plaintiff's motion to strike is continued to July 2, 2026, at 10:00 a.m.

2. By no later than June 18, 2026, defendants shall file an opposition or statement of non-opposition to plaintiff's motion.

3. Defendants shall show cause, by no later than June 18, 2026, why sanctions should not be imposed for failure to timely file an opposition or statement of non-opposition to plaintiff's motion.

4. Plaintiff may file a reply to defendants' opposition, if any, no later than June 25, 2026.

IT IS SO ORDERED.

Dated:    June 8, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2